IN THE UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Appellee, | ) | |
| | ) | |
| v. | ) | Case No. 19-4077 |
| | ) | |
| RICHARD TODD HAAS, | ) | |
| | ) | |
| Defendant-appellant. | ) | |

**MOTION FOR LEAVE TO FILE A SUPPLEMENT TO OPENING BRIEF**

COMES NOW the Appellant, by counsel, and respectfully moves this Honorable Court for leave to file a Supplemental Opening Brief, and in support states as follows:

1. On June 3, 2019, the undersigned counsel filed the Opening Brief in this matter. On or about that same date, counsel mailed a copy of the Opening Brief, as filed, to Mr. Haas who is incarcerated at United States Penitentiary Terre Haute.

2. Prior to filing the Opening Brief, counsel had engaged in several short telephone conversations with Mr. Haas to discuss the issues in the case, but on each occasion the calls were constrained by the prison phone system, which limits calls to 20 minutes and, on one occasion terminated the call after only a few minutes. In addition, efforts to arrange a confidential legal call on an unrecorded line for a longer period of time were never successful, despite numerous calls to Mr. Haas's counselor at the prison. A draft of the Opening Brief was sent to Mr. Haas prior to filing, but he indicates that he was unable to respond prior to the filing date.

3. On June 26, 2019, after reviewing the Opening Brief filed on his behalf, Mr. Haas in a telephone call with counsel, stated that counsel failed to raise and address what

he believes is a critical issue regarding whether the evidence was sufficient to convict him of attempted child sex trafficking, as alleged in Count One of the indictment against him. Specifically, he asserts that the evidence amounted to "mere talk" that was not a "substantial step in furtherance" of the attempted crime as required under Fourth Circuit precedent. This issue was preserved on the record by trial counsel, who challenged the sufficiency of the evidence in his Motion for Judgment of Acquittal under Rule 29 of the Federal Rules of Criminal Procedure.

4. The Government's Response to Mr. Haas's Opening Brief is currently due on July 15, 2019. Granting this motion should not prejudice the Government and will enable counsel to succinctly address an issue believed by Mr. Haas to be critical to his appeal and that was not raised in part because of the difficulties in communication caused by his incarceration in a United States Penitentiary.

5. Counsel proffers that the proposed Supplemental Opening Brief can be filed within one week of any order by this Court granting this request. Of course, there is no objection to an additional extension of time for the Government to file its Response Brief to address this issue.

WHEREFORE, based on the foregoing considerations, Mr. Haas respectfully requests that he be granted leave to file a Supplement to his Opening Brief to address the single issue of whether the evidence was sufficient to prove that he attempted to traffic children as charged in Count One of the Indictment against him.

Respectfully submitted,

RICHARD TODD HAAS

By: _____/s/_____
        Counsel

William J. Dinkin
Attorney for Richard Todd Haas
Stone, Dinkin & Amirshahi, PLC
101 Shockoe Slip, Suite K
Richmond, VA 23219
Tel. (804) 359-0000
Fax (804) 257-5555
bill.dinkin@shockoelaw.com

# CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of June, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Brian R. Hood
Heather H. Mansfield
Assistant United States Attorneys
919 E Main St
Suite 1900
Richmond, VA 23219
(804) 819-4500

_____/s/_____
William J. Dinkin
Attorney for Richard Todd Haas
Stone, Dinkin & Amirshahi, PLC
101 Shockoe Slip, Suite K
Richmond, VA 23219
Tel. (804) 359-0000
Fax (804) 257-5555
bill.dinkin@shockoelaw.com